IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **RICHARD W. BOYCE,** | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|   v. | ) | 2:15cv663-MHT |
| | ) | (WO) |
| **LT. LARRY PEAVY,** | ) | |
| | ) | |
|   Defendant. | ) | |

## JUDGMENT

Upon consideration of plaintiff's motion to dismiss (doc. no. 34), it is the ORDER, JUDGMENT and DECREE of the court that the motion is granted pursuant to Federal Rule of Civil Procedure 41(a)(2), and this case is dismissed in its entirety without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 10th day of January, 2017.**

                                            /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**